LAVERY & SIRKIS
Joan Sirkis Warren, Esq.
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908) 850-6161
Attorney for Debtor, Adair J. Moore-Sattely
Attorney ID#JW4841

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Adair J. Moore-Sattely | : | CASE #24-19718/MEH |
| | : | |
| | : | CERTIFICATION OF ADAIR J. MOORE-SATTELY |

I, Adair J. Moore-Sattely, of full age, do hereby certify and say as follows:

1. I, Adair J. Moore-Sattely, am the debtor in the above captioned case.

2. On February 18, 2021, my husband, now deceased, purchased a property in the name of his corporation, Tredstone, Ltd, located at Fernwood Road, Lake Ariel, PA. This property was sold on May 8, 2024. Proceeds of $126,328.52 were received by Tredstone, Ltd.

3. I was not part of Tredstone, Ltd.

4. In 2024, my husband became sick but I was not aware of just how sick he was.

5. On May 8, 2024, Tredstone, Ltd purchased a property located at 3463 Sayers Road, Draper, VA for $94,000.00. Very soon after this my husband passed away.

6. On August 5, 2024, I, as beneficiary of my husband's estate, sold the Draper property for $55,000.00. I do feel that I sold this property under duress.

7. I used the proceeds of this sale to pay off my husband's medical bills and get back on my feet.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Date:                                                          /s/ Adair J. Moore-Sattely

                                                                  Adair J. Moore-Sattely